# Exhibit 2

## U.S. Patent No. 11,876,924 v. Intuit

**Accused Instrumentalities**

Intuit MailChimp

**Claim 1**

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.0] 1. A computer-implemented method comprising: | To the extent the preamble is limiting, each Accused Instrumentality performs a computer-implemented method as claimed. <br><br> *See* individual limitations below. |
| [1.1] configuring a service subscriber associated with a telephone number, to be subscribed to receive additional content at the telephone number, in response to determining that the service subscriber has previously provided authentication information; | Each Accused Instrumentality performs a method comprising configuring a service subscriber associated with a telephone number, to be subscribed to receive additional content at the telephone number, in response to determining that the service subscriber has previously provided authentication information. <br><br> For example, the Intuit MailChimp text message marketing system is a computer implemented method (the "IMC System") that configures service subscribers associated with a telephone number the subscriber submits to the IMC System to enable the subscriber to be subscribed to a service. In one non-limiting example, the service is the "Perc Coffee" service. <br><br> The IMC System is able to determine that the service subscriber previously provided their authentication information through opting in to the service such that the IMC System can send additional content to be received at the telephone number associated with the subscriber. <br><br> *See, e.g.*: |

1

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.2] activating one or more customized webpages including at least one customized actionable item for performing an e-commerce transaction, the activating comprising generation of secure access information for performing the e-commerce transaction, wherein the at least one customized actionable item corresponds to prior actions associated with one or more prior transactions performed by the service subscriber; | Each Accused Instrumentality performs a method comprising activating one or more customized webpages including at least one customized actionable item for performing an e-commerce transaction, the activating comprising generation of secure access information for performing the e-commerce transaction, wherein the at least one customized actionable item corresponds to prior actions associated with one or more prior transactions performed by the service subscriber. <br><br> For example, the IMC System actives customized web pages that include at least one customized actionable item that the service subscriber can purchase in an e-commerce transaction. The IMC System generates secure access information that allows for performing an e-commerce transaction by the service subscriber. The IMC System enables the service subscriber to securely undertake a user journey associated with prior transactions through one or more web pages. <br><br> *See, e.g.:* <br><br> |

3

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  |

| Claim 1 | Accused Instrumentalities |
| --- | --- |
| |  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.3] generating, for the service subscriber, a third party message associated with the one or more customized webpages, the third party message including the at least one customized actionable item; and | Each Accused Instrumentality performs a method comprising generating, for the service subscriber, a third party message associated with the one or more customized webpages, the third party message including the at least one customized actionable item.<br><br>For example, the IMC System enables the client, in this non-limiting example Perc Coffee, and/or a third party handling Perc Coffee's IMC System marketing program, to generate their marketing message to subscribers of the Perc Coffee service, where the message is associated with one or more customized web pages that include at least one customized actionable item.<br><br>*See, e.g.*:<br><br> |

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.4] causing transmission of the generated third party message to the service subscriber. | Each Accused Instrumentality performs a method comprising causing transmission of the generated third party message to the service subscriber.<br><br>*See* limitations above. |