# Exhibit 4

## U.S. Patent No. 12,368,799 v. Intuit

**Accused Instrumentalities**
    Intuit MailChimp

**Claim 12**

| Claim 12 | Accused Instrumentalities |
|---|---|
| [12.0] 1. A computer-implemented method comprising: | To the extent the preamble is limiting, each Accused Instrumentality performs a computer-implemented method as claimed. <br><br> *See* individual limitations below. |
| [12.1] providing a hosted input field for inclusion in a first document associated with a third party; | Each Accused Instrumentality performs a method comprising providing a hosted input field for inclusion in a first document associated with a third party. <br><br> For example, the Intuit MailChimp text-marketing system (the "IMC System") provides a hosted input field that is embedded in a first document associated with a third party, such as a landing page or website operated for IMC's third party brand clients (e.g., retailers, third-party partners, etc.). Visitors to the landing page are presented with the hosted input field and prompted to enter their mobile phone number. <br><br> *See, e.g.*: |

1

| Claim 12 | Accused Instrumentalities |
|---|---|
| |  |

| Claim 12 | Accused Instrumentalities |
|---|---|
| [12.2] receiving, information indicating activation of the hosted input field in the first document, wherein the information comprises an electronic address associated with an electronic device and an indication of a willingness to receive one or more messages; | Each Accused Instrumentality performs a method comprising receiving, information indicating activation of the hosted input field in the first document, wherein the information comprises an electronic address associated with an electronic device and an indication of a willingness to receive one or more messages. For example, when a visitor interacts with and submits information through this hosted input field, the IMC System receives information indicating activation of the hosted input field in the first document. The received information includes (i) an electronic address associated with an electronic device, namely, the user's mobile phone number, and (ii) an indication of the user's willingness to receive one or more messages, as evidenced by the user's voluntary submission of their mobile number in response to third party's call-to-action and associated disclosures confirming consent to receive text messages. *See, e.g.*: |

| Claim 12 | Accused Instrumentalities |
|---|---|
| |  |

| Claim 12 | Accused Instrumentalities |
|---|---|
| [12.3] generating, a second document that includes information about one or more events of interest for a user associated with the electronic address, the second document being customized to the user; | Each Accused Instrumentality performs a method comprising generating, a second document that includes information about one or more events of interest for a user associated with the electronic address, the second document being customized to the user. <br><br> For example, upon receiving the user's consent and mobile phone number, the IMC System enables access to a second document from an IMC System outbound text message delivered to the user's device. This second document includes information about one or more events of interest to the user, such as promotional offers, concert announcements, or time-sensitive brand updates. The second document is customized to the user associated with the electronic address by incorporating user-specific attributes collected at sign-up and managed within the IMC System. For example, messages may reference the particular third-party brand (e.g., a Perc Coffee promotional event), and apply rules based on, for example, the user's location. As such, the message constitutes a customized second document that conveys information of interest tailored to that specific user. <br><br> *See, e.g.*: |

| Claim 12 | Accused Instrumentalities |
|---|---|
| |  |

| Claim 12 | Accused Instrumentalities |
|---|---|
| [12.4] sending a message to the electronic address, wherein the message comprises a link to the second document, the link being configured to enable the user to access the second document to execute one or more transactions associated with the one or more events; and | Each Accused Instrumentality performs a method comprising sending a message to the electronic address, wherein the message comprises a link to the second document, the link being configured to enable the user to access the second document to execute one or more transactions associated with the one or more events. For example, the IMC System sends text messages to the electronic address (the user's mobile number). Each such message comprises a link to a second document, such as a URL embedded within the body of the text message. The link is configured to enable the user to access a second document, which is typically a web page or landing page generated by or on behalf of IMC's third party brand client. Once accessed, the second document presents the user with information regarding one or more events of interest to enable execution of one or more transactions associated with those events. For example, when promoting a sales event for a client such as Perc Coffee, the link directs the user to a product-purchasing page, thereby allowing the user to complete the transaction for products directly from the second document. *See, e.g.:* |

7

| Claim 12 | Accused Instrumentalities |
|---|---|
| |  |

8

| Claim 12 | Accused Instrumentalities |
|---|---|
| [12.5] in response to determining activation of the link has occurred, causing provision of the second document to the electronic address, wherein the second document is configured to facilitate completion of a given transaction in the one or more transactions. | Each Accused Instrumentality performs a method comprising in response to determining activation of the link has occurred, causing provision of the second document to the electronic address, wherein the second document is configured to facilitate completion of a given transaction in the one or more transactions.<br><br>For example, in the IMC System, when the user activates the link contained in the text message (for example, by clicking or tapping the embedded URL on their mobile device), the system causes the second document to be provided to the electronic address by directing the user's device browser to the corresponding landing page. The second document is configured to facilitate completion of a given transaction associated with the event of interest. For example, an e-commerce checkout page allowing the user to purchase promotional products and merchandise. In each case, the second document is specifically structured to enable and facilitate completion of the transaction tied to the text marketing message.<br><br>*See, e.g.:* |

9

| Claim 12 | Accused Instrumentalities |
|---|---|
| |  |