UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:   2:26-cv-00351-JRG-RSP

Name of party requesting extension:

Is this the first application for extension of time in this case?        ✔ Yes

☐ No

If no, please indicate which application this represents:        ☐ Second

☐ Third

☐ Other _____

Date of Service of Summons:   May 6, 2026

Number of days requested:        ✔ 30 days

☐ 15 days

☐ Other _____ days

New Deadline Date: 06/26/2026   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:     Geoffrey R. Miller

State Bar No.: 24094847 (Texas)

Firm Name:     Fenwick & West LLP

Address:       902 Broadway, 18th Floor
New York NY  10010

Phone:         (212) 430-2600

Fax:           (650) 938-5200

Email:         gmiller@fenwick.com

A certificate of conference does not need to be filed with this unopposed application.