AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| IQX CORP. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-00351-JRG-RSP |
| INTUIT INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

IQX Corp.                                                                                                            .

Date:      05/29/2026                                    /s/ Jefferson Cummings
                                                                        *Attorney's signature*

                                                                        Jefferson Cummings, DC Bar 90027452
                                                                        *Printed name and bar number*

                                                                        Russ August & Kabat
                                                                        12424 Wilshire Blvd, 12th Floor
                                                                        Los Angeles, CA 90025

                                                                        *Address*

                                                                        jcummings@raklaw.com
                                                                        *E-mail address*

                                                                        (310) 826-7474
                                                                        *Telephone number*

                                                                        *FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|