**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| IQX CORP., | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:26-CV-00351-JRG-RSP |
| INTUIT INC., | § | |
|     *Defendant*. | § | |

**ORDER**

Before the Court is the Parties' Joint Motion to Extend P.R. 3-1, 3-2, 3-3, 3-4, and Subject-Matter Eligibility Contentions Deadlines. **Dkt. No. 21**. Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is

**ORDERED** that the deadlines for IQX to comply with P.R. 3-1 and 3-2 are extended to July 10, 2026, for Intuit to comply with P.R. 3-3 and 3-4 and the Court's Standing Order Regarding Subject Matter Eligibility Contentions are extended to September 8, 2026.

**SIGNED this 13th day of July, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE